Case 4:24-cr-00371   Document 1498   Filed on 10/20/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 20, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| VS. | § § § § | CRIMINAL ACTION NO. H-24-371 |
| MARY BROWN, *et al*. | § | |

## ORDER

Oscar Wattell filed an unopposed joint motion for continuance, (Docket Entry No. 1495). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is granted. The docket control order is amended as follows:

Pretrial conference is reset to: **January 30, 2026, at 9:00 a.m.**
Jury trial and selection are reset to: **February 9, 2026, at 9:00 a.m.**

Parties are required to disclose expert witness information 45 days before the final conference.

SIGNED on October 20, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge